PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Antonio Bivens                               Cr.: 04-00144-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 10-18-04

Original Offense: Conspiracy to Use a Means of Identification of Another

Original Sentence: 15 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 09-19-05

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1    On October 12, 2005, the probation officer called Bivens, who is currently unemployed, and instructed him to report to the probation office for a random urinalysis test. He stated he understood and would report to the office before the end of the day. The offender failed to report as instructed.

<u>U.S. Probation Officer Action</u>: The offender was verbally reprimanded for failing to appear for a random drug test, and he was informed that further noncompliance will not be tolerated. Although we request that the Court take no further action at this time, this notice of noncompliance, after it is authorized by Your Honor, will be presented to Bivens as a formal reprimand.

Respectfully submitted,

By: Donald L. Martenz, Jr.
U.S. Probation Officer
Date: November 1, 2005

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12-12-05
Date