PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Bivens					Cr.: 04-00144-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 10-18-04

Original Offense: Conspiracy to Use a Means of Identification of Another

Original Sentence: 15 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release				Date Supervision Commenced: 09-19-05

Assistant U.S. Attorney: Anita Raman				Defense Attorney: Cathy Waldor, Esq.

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On October 12, 2005, the offender failed to report to the probation officer for a random drug test. On December 27, 2005, the offender failed to report to the probation officer for a scheduled drug test. On December 29, 2005, the offender failed to report to the probation officer at an offsite location. The offender has not contacted the probation officer since December 22, 2005, and is now viewed as having absconded from supervision.

PROB 12C  Page 2
Antonio Bivens

2   The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to submit to urinalysis testing on October 12 and December 27, 2005, when he failed to report to the probation officer for random and scheduled drug tests.

On December 13, 2005, the offender submitted a urine sample which tested positive for cocaine. When questioned by the probation officer, the offender denied using the drug, so the sample was forwarded to the laboratory for further analysis. On December 18, 2005, lab results confirmed that the offender tested positive for cocaine and subsequently provided false information to the probation officer concerning his drug use.

3   The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

With the exception for a period or approximately one week, the offender has been unemployed for the duration of his supervision term, and he is not excused from work for schooling, training, or other acceptable reasons.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald L. Martenz, Jr.
U.S. Probation Officer
Date: January 3, 2006

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date