PROB 12C
(7/93)



# United States District Court

## for

**JAN 2 1 2007**

### District of New Jersey

JOSEPH A. GREENAWAY, JR.
United States District Judge

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Bivens                                                 Cr.: 04-144-01

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 10-19-04

Original Offense: Conspiracy to Use a Means of Identification of Another Person

Original Sentence: 15 months custody

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09-19-05

Assistant U.S. Attorney: Anita Raman                       Defense Attorney: Cathy Waldor, Esq.

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|   | According to the Irvington Police Department, on December 21, 2006, Antonio Bivens (150 grams of cocaine), possession of CDS with intent to distribute, possession of CDS within 1,000 of a school and possession of CDS within 500 feet of a park. |
| 2 | The offender has violated the supervision condition which states **'You shall submit a truthful and complete written report within the first five days of each month.'** |
|   | Bivens was driving a 2005 Lincoln LS upon his arrest for the crimes noted in violation number one. According to a New Jersey motor vehicle inquiry, the title of this vehicle was issued to Bivens on September 15, 2006 and is currently registered to the offender. The offender failed to advise of the purchase and/or ownership of this vehicle to his probation officer or note same on his monthly supervision reports. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer

Date: 01-09-07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-18-07

Date